IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLISCH, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5276 |
| | : | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA | : : | |

| | | |
|---|---|---|
| DEBORAH KOLESAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5510 |
| | : | |
| ENCOMPASS INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| NICOLE MECADON | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5511 |
| | : | |
| ALLSTATE INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| RONALD BUCARI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5512 |
| | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : : | |

| | |
|---|---|
| ROBERT BESECKER | CIVIL ACTION |
| v. | NO.: 09-5513 |
| PEERLESS INDEMNITY INSURANCE COMPANY | |

| | |
|---|---|
| ALBERT BALDONI | CIVIL ACTION |
| v. | NO.: 09-5514 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | |

| | |
|---|---|
| PAMELA LOWE-FENICK, JAMES BOYLE SR. | CIVIL ACTION |
| v. | NO.: 09-5515 |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY | |

| | |
|---|---|
| ANN WARRICK, et al. | CIVIL ACTION |
| v. | NO.: 09-6077 |
| ALLSTATE INSURANCE COMPANY | |

### DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants in the above-captioned cases hereby move for judgment in their favor as a matter of law. In support thereof, Defendants incorporate their supporting Joint Memorandum of Law, Defendants' Joint Statement of Undisputed Facts with accompanying exhibits, and Statements of Undisputed Facts with accompanying exhibits, filed by individual Defendants.

                Respectfully submitted,

BY:   /s/ Robert N. Feltoon
       Robert N. Feltoon, Esquire
       PA# 58197
       Deborah J. Krabbendam, Esquire
       PA# 41856
       CONRAD O'BRIEN P.C.
       1515 Market Street, 16th Floor
       Philadelphia, PA 19102
       Tel: (215) 864-9600
       Fax: (215) 864-9620
       Attorneys for Defendant Progressive Specialty Insurance Company

BY:   /s/ James T. Moughan
       James T. Moughan, Esquire
       PA# 33045
       BRITT, HANKINS & MOUGHAN
       Two Penn Center Plaza, Suite 515
       15th Street and JFK Boulevard
       Philadelphia, PA 19102
       Tel: (215) 569-6936
       Fax: (215) 569-3711
       Attorney for Defendant State Farm Mutual Automobile Insurance Company

BY:   /s/ Michael R. Nelson
       Michael R. Nelson, Esquire
       PA# 65679
       G. Franklin McKnight IV, Esquire
       PA# 85701
       NELSON LEVINE de LUCA & HORST, LLC
       518 Township Line Road
       Suite 300
       Blue Bell, PA 19422
       Tel: (215) 358-5100
       Fax: (215) 358-5101
       Attorneys for Defendant Nationwide Insurance Company of America

BY: /s/ Mathieu J. Shapiro
Thomas A. Leonard, Esquire   PA# 14781
Mathieu J. Shapiro, Esquire   PA# 76266
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
1617 John F. Kennedy Boulevard
19th Floor, One Penn Center
Philadelphia, PA  19103-1895
Tel: (215) 665-3000
Fax: (215) 665-3165
Attorneys for Defendants Allstate Insurance
Company, Allstate Property & Casualty Insurance
Company, Allstate Indemnity Company, and
Encompass Indemnity Company

BY: /s/ William C. Foster
William C. Foster, Esquire
PA#03511
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA  19103
Tel: (215) 575-4551
Fax: (215) 575-0856
Attorney for Defendant Peerless Indemnity
Insurance Company

Date: June 30, 2010