UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY AND SANDRA WILLSCH, on behalf of themselves and all others similarly situated,<br>        Plaintiff(s)<br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA<br>        Defendant(s) | Civil Action No: 09 5276 |

## NATIONWIDE INSURANCE COMPANY OF AMERICA'S
## SEPARATE MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Nationwide Insurance Company of America hereby moves for judgment in its favor as a matter of law. In support thereof, Nationwide Insurance Company of America incorporates its supporting Memorandum of Law, Statement of Undisputed Facts, and the Joint Statement of Undisputed Facts submitted as part of the Defendants'[1] Joint Motion for Summary Judgment.

                             **NELSON LEVINE de LUCA & HORST, LLC**

                          **BY:** /s/ Michael R. Nelson
                               Michael R. Nelson (I.D. 65679)
                               518 Township Line Rd., Suite 300
                               Blue Bell, PA 19422

---

[1] The Defendants in: *Willsch v. Nationwide Insurance Company of America*, No. 09-5276; *Kolesar v. Encompass Indemnity Company*, No. 09-5510; *Mecadon v. Allstate Indemnity Company*, No. 09-5511; *Bucari v. Allstate Property and Casualty Insurance Company*, No. 09-5512; *Warrick v. Allstate Insurance Company*, No. 09-6077; *Besecker v. Peerless Indemnity Insurance Company*, No. 09-5513; *Baldoni v. State Farm Mutual Automobile Insurance Company*, No.09-5514; and *Lowe-Fenick v. Progressive Specialty Insurance Company*, No. 09-5515.

Phone: 215.358.5100
Fax: 215.358.5101
mnelson@nldhlaw.com

Attorney for Defendant
Nationwide Insurance Company of America

Dated: June 30, 2010