# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLISCH, et al. | : | CIVIL ACTION |
| v. | : | NO.: 09-5276 |
| NATIONWIDE INSURANCE COMPANY OF AMERICA | : | |

| | | |
|---|---|---|
| DEBORAH KOLESAR, et al. | : | CIVIL ACTION |
| v. | : | NO.: 09-5510 |
| ENCOMPASS INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| NICOLE MECADON | : | CIVIL ACTION |
| v. | : | NO.: 09-5511 |
| ALLSTATE INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| RONALD BUCARI, et al. | : | CIVIL ACTION |
| v. | : | NO.: 09-5512 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

| | | |
|---|---|---|
| ROBERT BESECKER, et al. | : | CIVIL ACTION |
| v. | : | NO.: 09-5513 |
| PEERLESS INDEMNITY INSURANCE COMPANY | : | |

4484365

| ALBERT BALDONI, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO.: 09-5514 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | : : | |

| PAMELA LOWE-FENICK, JAMES BOYLE SR., et al. | : : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO.: 09-5515 |
| | : | |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY | : : | |

| ANN WARRICK, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| | : | |
| v. | : | NO.: 09-6077 |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | |

# **O R D E R**

AND NOW, this ____ day of _____, 2010, upon consideration of Plaintiffs' Motions for Summary Judgment in each of the above-captioned cases, and Defendants' Joint Response thereto, it is hereby ordered that Plaintiffs' Motions are DENIED.

_____
Savage, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WILLISCH, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5276 |
| | : | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA | : | |

| | | |
|---|---|---|
| DEBORAH KOLESAR, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5510 |
| | : | |
| ENCOMPASS INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| NICOLE MECADON | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5511 |
| | : | |
| ALLSTATE INDEMNITY COMPANY | : | |

| | | |
|---|---|---|
| RONALD BUCARI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5512 |
| | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | : | |

| | | |
|---|---|---|
| ROBERT BESECKER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5513 |
| | : | |
| PEERLESS INDEMNITY INSURANCE COMPANY | : | |

| ALBERT BALDONI, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO.: 09-5514 |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE | : | |
| INSURANCE COMPANY | : | |

| PAMELA LOWE-FENICK, | : | |
|---|---|---|
| JAMES BOYLE SR., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | NO.: 09-5515 |
| | : | |
| PROGRESSIVE SPECIALTY | : | |
| INSURANCE COMPANY | : | |

| ANN WARRICK, et al. | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO.: 09-6077 |
| | : | |
| ALLSTATE INSURANCE COMPANY | : | |

# DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that Plaintiffs' Motions for Summary Judgment in each of the above-captioned cases be denied.

Respectfully submitted,

BY: <u>/s/ Robert N. Feltoon</u>
Robert N. Feltoon, Esquire
PA# 58197
Deborah J. Krabbendam, Esquire
PA# 41856
CONRAD O'BRIEN P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
Tel: (215) 864-9600
Fax: (215) 864-9620

Attorneys for Defendant Progressive
Specialty Insurance Company

BY: /s/ James T. Moughan
James T. Moughan, Esquire
PA# 33045
BRITT, HANKINS & MOUGHAN
Two Penn Center Plaza, Suite 515
15th Street and JFK Boulevard
Philadelphia, PA 19102
Tel: (215) 569-6936
Fax: (215) 569-3711
Attorney for Defendant State Farm Mutual
Automobile Insurance Company

BY: /s/ Michael R. Nelson
Michael R. Nelson, Esquire
PA# 65679
G. Franklin McKnight IV, Esquire
PA# 85701
NELSON LEVINE de LUCA &
HORST, LLC
518 Township Line Road
Suite 300
Blue Bell, PA 19422
Tel: (215) 358-5100
Fax: (215) 358-5101
Attorneys for Defendant Nationwide
Insurance Company of America

BY: /s/ Mathieu J. Shapiro
Thomas A. Leonard, Esquire    PA# 14781
Mathieu J. Shapiro, Esquire    PA# 76266
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
1617 John F. Kennedy Boulevard
19th Floor, One Penn Center
Philadelphia, PA 19103-1895
Tel: (215) 665-3000
Fax: (215) 665-3165
Attorneys for Defendants Allstate Insurance
Company, Allstate Property & Casualty
Insurance Company, Allstate Indemnity

Company, and Encompass Indemnity
                                        Company


                                BY:     /s/ William C. Foster
                                        William C. Foster, Esquire
                                        PA#03511
                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN
                                        1845 Walnut Street
                                        Philadelphia, PA  19103
                                        Tel: (215) 575-4551
                                        Fax: (215) 575-0856
                                        Attorney for Defendant Peerless Indemnity
Date: July 16, 2010                     Insurance Company

4484365

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Defendants' Joint Response to Plaintiffs' Motions for Summary Judgment was filed electronically, and is available for viewing and downloading from the ECF system pursuant to Local Rule of Civil Procedure 5.1.2(8), on this 16th day of July, 2010. This electronic filing constitutes service on the following counsel:

Ira Neil Richards, Esquire
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street
Suite 3838
Philadelphia, PA 19103

BY: /s/ Robert N. Feltoon
Robert N. Feltoon, Esquire
PA# 58197
Deborah J. Krabbendam, Esquire
PA# 41856
CONRAD O'BRIEN P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102
Tel: (215) 864-9600
Fax: (215) 864-9620
Attorneys for Defendant Progressive Specialty
Insurance Company

BY: /s/ James T. Moughan
James T. Moughan, Esquire
PA# 33045
BRITT, HANKINS & MOUGHAN
Two Penn Center Plaza, Suite 515
15th Street and JFK Boulevard
Philadelphia, PA 19102
Tel: (215) 569-6936
Fax: (215) 569-3711
Attorney for Defendant State Farm Mutual
Automobile Insurance Company

BY: /s/ Michael R. Nelson
Michael R. Nelson, Esquire
PA# 65679
G. Franklin McKnight IV, Esquire

4484365

PA# 85701
NELSON LEVINE de LUCA & HORST, LLC
518 Township Line Road
Suite 300
Blue Bell, PA 19422
Tel: (215) 358-5100
Fax: (215) 358-5101
Attorneys for Defendant Nationwide Insurance
Company of America


BY: /s/ Mathieu J. Shapiro
Thomas A. Leonard, Esquire   PA# 14781
Mathieu J. Shapiro, Esquire   PA# 76266
OBERMAYER REBMANN MAXWELL &
HIPPEL LLP
1617 John F. Kennedy Boulevard
19th Floor, One Penn Center
Philadelphia, PA 19103-1895
Tel: (215) 665-3000
Fax: (215) 665-3165
Attorneys for Defendants Allstate Insurance
Company, Allstate Property & Casualty Insurance
Company, Allstate Indemnity Company, and
Encompass Indemnity Company


BY: /s/ William C. Foster
William C. Foster, Esquire
PA#03511
MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
1845 Walnut Street
Philadelphia, PA 19103
Tel: (215) 575-4551
Fax: (215) 575-0856
Attorney for Defendant Peerless Indemnity

Date: July 16, 2010                    Insurance Company

2

4484365